# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

Janice L. Autera

## SUMMONS IN A CIVIL CASE

### V.

Novartis Pharmaceuticals Corporation

CASE NUMBER:

## 07 CV 2965

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 2 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUBPOENA IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** |
| EFFECTED (1) BY ME: | **PASCAL KUVALAKIS** |
| TITLE: | **PROCESS SERVER**          DATE: **04/18/2007  02:45PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORP. _____

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936 _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MAT  GARRISON  ESQ, _____

Relationship to defendant: ATTORNEY _____

Description of person accepting service:

SEX: M__  AGE: 36-50__  HEIGHT: OVER 6'__  WEIGHT: 161-200 LBS.____  SKIN: WHITE___  HAIR: BLACK___  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 18 / 20 07 ___          _____ L.S.
                                  SIGNATURE OF PASCAL KUVALAKIS
                                  GUARANTEED SUBPOENA SERVICE, INC.
                                  2009 MORRIS AVENUE
                                  UNION, NJ 07083

04/18/07
JSUllo
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

| | |
|---|---|
| ATTORNEY: | RUSSEL H. BEATIE, ESQ. |
| PLAINTIFF: | JANICE L. AUTERA |
| DEFENDANT: | NOVARTIS PHARMACEUTICALS CORP. |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CV 2965 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.